

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Alberto Pena, | § | No. 08-16-00236-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D04958) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's motion for leave to file late brief until **May 20, 2017.**    NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF OR MOTIONS FOR LEAVE TO FILE LATE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **May 20, 2017.**

If Appellant's brief is not filed with this Court by May 20, 2017, this Court will find it necessary to send this case back to the trial court for a hearing as to why Appellant's brief has not been filed.

IT IS SO ORDERED this 2nd day of May, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.